**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs.                                    NO. 4:14CR00155-001  SWW

JAMIE DALE WILKERSON                                                       DEFENDANT

### ORDER

The above entitled cause came on for hearing August 17, 2016 on government's petition to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  Based upon the statements of counsel and the admissions of defendant, the Court found that defendant has violated the conditions of supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, *revoked*, granting government's petition  [doc #23]. Defendant shall serve a term of imprisonment of *TWENTY-FOUR (24) MONTHS*  in the custody of the Bureau of  Prisons. The Court recommends that defendant be incarcerated at Forrest City, Arkansas; and that defendant participate in residential substance abuse treatment programs and substance abuse counseling during incarceration.

There will be *NO* supervised release to follow.

Defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED this 19th  day of August 2016.

                                                            /s/Susan Webber Wright

                                                            United States District Judge